HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BURNICE M. TURNER, | ) Case No: C09-02542 CW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (60) days up through and including Monday, January 18, 2010 in which to e-file her Motion for Summary Judgment. This extension is necessitated because: (1) of the number of other cases Plaintiff's counsel currently has before

1

STIPULATION AND ORDER

1 | this district court and other district courts that also require briefing around this time; and (2)
2 | Plaintiff's counsel will be out of the Bay Area for significant portions during this time.

JOSEPH P. RUSSONIELLO
United States Attorney

Authorization granted by
Shea Bond due to Elizabeth Firer's
unavailability.

Dated: November 18, 2009　　　　　　/s/
　　　　　　　　　　　　　　　　　　　ELIZABETH FIRER
　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

Dated: November 18, 2009　　　　　　/s/
　　　　　　　　　　　　　　　　　　　HARVEY P. SACKETT
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　BURNICE M. TURNER

IT IS SO ORDERED.

Dated:
　　　　　　　　　　　　　　　　　　　HON. CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge

STIPULATION AND ORDER