1  HARVEY P. SACKETT (72488)
2  
3  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
4  1055 Lincoln Avenue
5  Post Office Box 5025
   San Jose, California 95150-5025
6  Telephone: (408) 295-7755
7  Facsimile:  (408) 295-7444

8  Attorney for Plaintiff

9  /jgl

10

11               UNITED STATES DISTRICT COURT
12
13               NORTHERN DISTRICT OF CALIFORNIA
14                      OAKLAND DIVISION

15 | BURNICE M. TURNER,                  ) Case No:  C09-02542 CW
16 |                                     )
   |          Plaintiff,                 )
17 |                                     )
18 | v.                                  ) STIPULATION AND ORDER
   |                                     )
19 | MICHAEL J. ASTRUE,                  )
   | Commissioner,                       )
20 | Social Security Administration,     )
21 |                                     )
   |          Defendant.                 )
22 |_____)

23      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
24 Plaintiff shall have a first extension of time of (60) days up through and including Monday,
25 January 18, 2010 in which to e-file her Motion for Summary Judgment.  This extension is
26 necessitated because: (1) of the number of other cases Plaintiff's counsel currently has before
27
28

                              1
STIPULATION AND ORDER

1  this district court and other district courts that also require briefing around this time; and (2)
2  Plaintiff's counsel will be out of the Bay Area for significant portions during this time.

JOSEPH P. RUSSONIELLO
United States Attorney

Authorization granted by
Shea Bond due to Elizabeth Firer's
unavailability.

Dated: November 18, 2009   /s/
ELIZABETH FIRER
Special Assistant U.S. Attorney

Dated: November 18, 2009   /s/
HARVEY P. SACKETT
Attorney for Plaintiff
BURNICE M. TURNER

IT IS SO ORDERED.

Dated:

HON. CLAUDIA WILKEN
United States District Judge

2
STIPULATION AND ORDER