HARVEY P. SACKETT (72488)
SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | | |
|---|---|---|
| BURNICE M. TURNER, | ) | Case No: C09-02542 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, February 17, 2010 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: January 15, 2010 | /s/<br>ELIZABETH FIRER<br>Special Assistant U.S. Attorney |
| Dated: January 15, 2010 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>BURNICE M. TURNER |

IT IS SO ORDERED.

Dated: 1/25/10

HON. CLAUDIA WILKEN
United States District Judge

STIPULATION AND ORDER