HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BURNICE M. TURNER, ) | Case No: C09-02542 CW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, February 17, 2010 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 15, 2010                              */s/*
                                                     ELIZABETH FIRER
                                                     Special Assistant U.S. Attorney


Dated: January 15, 2010                              */s/*
                                                     HARVEY P. SACKETT
                                                     Attorney for Plaintiff
                                                     BURNICE M. TURNER


IT IS SO ORDERED.


Dated:  1/25/10
                                                     _____
                                                     HON. CLAUDIA WILKEN
                                                     United States District Judge

STIPULATION AND ORDER

2