1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6

7  /as

8  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BURNICE M. TURNER, | No.: C09-02542 CW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 17, 2010            */s/*_____
                                    ELIZABETH FIRER
                                    Special Assistant U.S. Attorney


Dated: February 18, 2010            */s/*_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff


IT IS SO ORDERED.

Dated: __2/18/10_____          _Claudia Wilken_____
                                    HON. CLAUDIA WILKEN
                                    United States District Judge