1  HARVEY P. SACKETT (72488)

2  **SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

3  1055 Lincoln Avenue

4  Post Office Box 5025
San Jose, California 95150-5025

5  Telephone: (408) 295-7755
Facsimile: (408) 295-7444

6

7  /as

8  Attorney for Plaintiff

9
UNITED STATES DISTRICT COURT

10
NORTHERN DISTRICT OF CALIFORNIA

11
OAKLAND DIVISION

12

13  BURNICE M. TURNER,              )   No.: C09-02542 CW
                                    )
14          Plaintiff,              )
                                    )
15                                  )
                                    )
16  v.                              )   STIPULATION AND ORDER FOR
                                    )   DISMISSAL
17                                  )
    MICHAEL J. ASTRUE,              )
18  Commissioner, Social Security   )
    Administration,                 )
19                                  )
                                    )
20          Defendant.              )
                                    )
21

22      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this

23  matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's

24  fees and costs.

25

26

27

28

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 17, 2010		/s/_____
ELIZABETH FIRER
Special Assistant U.S. Attorney

Dated:  February 18, 2010		/s/_____
HARVEY P. SACKETT
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: __2/18/10_____		_____
HON. CLAUDIA WILKEN
United States District Judge

STIPULATION AND ORDER

2